WAYNE–DALTON CORP.,
Plaintiff–Appellant,

v.

AMARR COMPANY, Defendant–
Appellee.

No. 2008–1585.

United States Court of Appeals,
Federal Circuit.

March 31, 2009.

Rehearing and Rehearing En Banc
Denied June 1, 2009.

Ray L. Weber, Renner, Kenner, Greive, Bobak, Taylor & Weber, of Akron, OH, argued for plaintiff-appellant. With him on the brief was Laura J. Gentilcore.

John F. Morrow, Jr., Womble Carlyle Sandridge & Rice, PLLC, of Winston–Salem, NC, argued for defendant-appellee. With him on the brief was Kirk W. Watkins, of Atlanta, GA.

MAYER, DYK, and MOORE, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.